RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.og

Attorney for JACOB ALEXANDER WOODS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB ALEXANDER WOODS,<br><br>Defendant. | Case No. 3:19-CR-00019-MMD-CBC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO SUPPRESS [ECF #21].**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for JACOB ALEXANDER WOODS, to extend the time in which the Government's Response to the Defendant's Motion to Suppress [ECF #21] from June 5, 2019, to June 15, 2019. This is the first request for an extension for time to file response. Trial is currently set for July 16, 2019.

The counsel for the Government will be out of the country until June 1, 2019. Therefore, defense counsel is respectfully requesting additional time for the response to be

filed. The additional time requested for the filing the responses is requested mindful of the current trial date of July 16, 2019, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 24th day of May, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ CHRISTOPHER P. FREY*<br>By:_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for JACOB ALEXANDER WOODS | */s/ MEGAN RACHOW*<br>By:_____<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this __28th__ day of May, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE